IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTLEDGE and MICHAEL MEJIA, | ) ) ) Case No. 06 C 6214 |
| Plaintiffs, | ) ) Judge Joan H. Lefkow |
| v. | ) ) Judge Maria Valdez |
| COOK COUNTY, et al., | ) ) |
| Defendants. | ) |

**PLAINTIFFS' RULE 59(a) MOTION FOR A NEW TRIAL**

Gregory Rutledge and Michael Mejia (collectively "Plaintiffs") move this Court pursuant to Fed. R. Civ. P. 59(a) for a new trial on the following grounds:

1. The jury's verdict was against the weight of the evidence. *See, e.g., Hillard v. Hargraves*, 197 F.R.D. 358, 359-60 (N.D.Ill. 2000) ("A new trial should be granted when the verdict is against the weight of the evidence.").

2. Counsel for Defendants repeatedly violated both the letter and spirit of motions *in limine* and this Court's clear and direct orders, the cumulative effect of which was to unfairly prejudice Plaintiffs' case. *See, e.g., Adams Laboratories, Inc. v. Jacobs Eng'g Co., Inc.*, 761 F.2d 1218, 1227 (7th Cir. 1985).

3. Improper statements made by counsel for Defendants and exposure to extraneous evidence confused the jury, unfairly prejudiced Plaintiffs, and ultimately altered the jury's verdict. *See, e.g., Deicher v. City of Evansville, Wisconsin*, --- F.3d ----, 2008 WL 4276588 at *5 (7th Cir. 2008) (citing *Bankcard America, Inc. v. Universal Bancard Systems, Inc.*, 203 F.2d 477, 483 (7th Cir. 2000) ("When unapproved material reaches the jury, the trial court must decide whether there is a reasonable possibility the material altered the jury's verdict."); *see also Wilson*

*v. Groaning*, 25 F.3d 581, 587 (7th Cir. 1994) ("highly inflammatory and totally irrelevant" testimony and evidence "should not have been heard by the jury").

## CONCLUSION

For the foregoing reasons, which are set forth more fully in the accompanying memorandum, Plaintiffs ask the Court to order a new trial.

Dated: November 17, 2008

Respectfully submitted,

By: /s/ Blaine C. Kimrey
    One of the attorneys for Plaintiffs

Blaine C. Kimrey (ARDC 6279625)
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
Chicago, Illinois 60606
312.876.8000
bkimrey@sonnenschein.com

Jean Maclean Snyder (ARDC 3125196)
Law Offices of Jean Snyder
4845 S. Kenwood Avenue
Chicago, Illinois 60615
773.285.5100
jeansnyder@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2008, I electronically filed Plaintiffs' Rule 59(a) Motion for a New Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Patrick Stephen Smith, Esq.
>Cook County State's Attorney's Office
>500 Daley Center
>66 West Washington
>Chicago, IL  60602
>pasmith@cookcountygov.com

Dated: November 17, 2008             Respectfully submitted,

By: /s/ Blaine C. Kimrey
    One of the attorneys for Plaintiffs

Blaine C. Kimrey (ARDC 6279625)
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
Chicago, Illinois 60606
312.876.8000
bkimrey@sonnenschein.com

Jean Maclean Snyder (ARDC 3125196)
Law Offices of Jean Snyder
4845 S. Kenwood Avenue
Chicago, Illinois 60615
773.285.5100
jeansnyder@sbcglobal.net